COMMONWEALTH of Pennsylvania, DEPARTMENT OF PUBLIC ASSISTANCE, Appellant,

v.

PENNSYLVANIA FINANCIAL RE-SPONSIBILITY ASSIGNED CLAIMS PLAN, Appellee.

Supreme Court of Pennsylvania.

Feb. 23, 2000.

### ORDER

PER CURIAM:

The order of Commonwealth Court is hereby affirmed.

Justice NIGRO dissents.

CLYDE McGRIFF, Appellant,

v.

COMMONWEALTH of Pennsylvania, PENNSYLVANIA BOARD OF PRO-BATION AND PAROLE, Appellee.

Supreme Court of Pennsylvania.

Feb. 23, 2000.

### ORDER

PER CURIAM:

The Order of the Commonwealth Court is hereby affirmed.

It is further ordered that Appellee's Motion to Dismiss Appeal for Mootness pursuant to PA.R.A.P. 1972(4), or, in the Alternative, for Remand and Appellant's Petition for Remission of the Record and Remand to the Lower Court are hereby denied.